IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE DAVID EFRON | MISC. NO.: 13-522 (ADC/SCC) |

NOTICE OF ABSENCE FROM JURISDICTION

TO THE HONORABLE COURT:

**NOW APPEARS**, the undersigned attorney and very respectfully states and prays as follows:

1. Due to a scheduled vacation, the undersigned will be absent from this jurisdiction from February 13, 2016 up to and including February 20, 2016.

2. Because the undersigned is a solo practitioner, it is respectfully requested that the Honorable Court take note of the above, and accordingly refrain from issuing any orders and/or setting any hearings in the captioned case during the referenced period.

**WHEREFORE**, it is very respectfully requested that the Honorable Court take note of the above, and refrain from issuing any orders and/or setting any hearings in the captioned case until after February 22, 2016, when the undersigned shall return to his office.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 11th day of February 2016.

**I HEREBY CERTIFY** that on February 11th, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all the counsel of record.

s/Manuel San Juan

_____

MANUEL SAN JUAN
Attorney for Plaintiffs
USDC-PR No.: 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel.:  (787) 723-6637
         (787) 723-6669
Fax:  (787) 725-2932
E-mail: sanjuanm@microjuris.com