**IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE DAVID EFRON | MISC. NO.: 13-522 (ADC/SCC) |

## NOTICE OF ABSENCE FROM JURISDICTION

**TO THE HONORABLE COURT:**

**NOW APPEARS**, the undersigned attorney and very respectfully states and prays as follows:

1. Due to a scheduled vacation, the undersigned will be absent from this jurisdiction from July 20, 2016 up to and including August 1st, 2016.

2. Because the undersigned is a solo practitioner, it is respectfully requested that the Honorable Court take note of the above, and accordingly refrain from issuing any orders and/or setting any hearings in the captioned case during the referenced period.

**WHEREFORE**, it is very respectfully requested that the Honorable Court take note of the above, and refrain from issuing any orders and/or setting any hearings in the captioned case until after August 2nd, 2016, when the undersigned shall return to his office.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 14th day of July 2016.

**I HEREBY CERTIFY** that, on this same date, the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system

                S/Manuel San Juan

                _____
                MANUEL SAN JUAN
                USDC-PR 204706
                P.O. Box 9023587
                San Juan, Puerto Rico 00902-3587
                Tel. (787) 723-6637
                Fax: (787) 725-2932
                Email: sanjuanm@microjuris.com