IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE DAVID EFRON | MISC. NO.: 13-522 (ADC/SCC) |

## NOTICE OF ABSENCE FROM JURISDICTION

**TO THE HONORABLE COURT:**

**NOW APPEARS**, the undersigned attorney and very respectfully states and prays as follows:

1. Due to a scheduled vacation, the undersigned will be absent from this jurisdiction from December 22, 2016 up to and including January 9, 2017.

2. Because the undersigned is a solo practitioner, it is respectfully requested that the Honorable Court take note of the above, and accordingly refrain from issuing any orders and/or setting any hearings in the captioned case during the referenced period.

**WHEREFORE**, it is very respectfully requested that the Honorable Court take note of the above, and refrain from issuing any orders and/or setting any hearings in the captioned case until after January 9, 2017, when the undersigned shall return to his office.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 8th day of December 2016.

**I HEREBY CERTIFY** that, on this same date, the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system.

S/Manuel San Juan

_____

MANUEL SAN JUAN
USDC-PR 204706
P.O. Box 9023587
San Juan, Puerto Rico 00902-3587
Tel. (787) 723-6637
Fax: (787) 725-2932
Email: sanjuanm@microjuris.com